United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-02015-HWV
Joyce Ann Warne  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 27, 2021     Form ID: pdf010     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joyce Ann Warne, 205 Ridge Road, Pocono Lake, PA 18347-7789 |
| 5060767 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 5060770 | | Ditech Financial LLC, P.O. Box 9203, Coppell, TX 75019-9210 |
| 5084498 | + | LoanDepot.Com, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5060773 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5060777 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 5068378 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5085497 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 5375296 | + | loanDepot.com, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5060768 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 19:45:35 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5060766 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 19:46:00 | Amazon Chase, PO Box 15153, Wilmington, DE 19850 |
| 5060769 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 19:45:34 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 5060771 | + | Email/Text: bknotification@loandepot.com | May 27 2021 19:10:00 | Loandepot.com, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5084195 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 19:09:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5085494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 19:45:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5061093 | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 19:45:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5060772 | + | Email/Text: bankruptcynotices@psecu.com | May 27 2021 19:10:00 | Pennsylvania State Employees C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5060774 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 19:46:24 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5060775 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 19:45:59 | SYNCB/SAMS, PO Box 965005, Orlando, FL 32896-5005 |
| 5060776 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 19:45:59 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |

| | | | |
|---|---|---|---|
| 5083941 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | May 27 2021 19:45:42 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Loandepot.Com LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Loandepot.Com LLC pamb@fedphe.com |
| Lauren Marie Moyer | on behalf of Creditor LoanDepot.com LLC nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor Loandepot.Com LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Loandepot.Com LLC tomysong0@gmail.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Joyce Ann Warne donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**JOYCE ANN WARNE**

                               Debtor 1

Chapter: 13

Case No.: 5-18-02015-HWV

**JACK N. ZAHAROPOULOS**
**CHAPTER 13 TRUSTEE**
    vs.                Movant(s)

**JOYCE ANN WARNE**

                      Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: May 27, 2021          By the Court,

                                            *Henry W. Van Eck*
                                    Henry W. Van Eck, Chief Bankruptcy Judge (MS)